E-filing

**FILED**

FEB 1 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFS Fund Distributors, Inc. et al,<br><br>Plaintiff,<br><br>vs.<br><br>Aurum Securities Corp., Atef El Toukhy, and Paul Castagna,<br><br>Defendants. | Case No. C05-03699<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1, plaintiffs MFS Fund Distributors, Inc., et al, and defendants Aurum Securities Corp., Atef Eltoukhy and Paul Castagna (collectively, "Defendants"), by and through their respective counsel, hereby agree to a further two week extension of time for each of the defendants to respond to the complaint. The new due date for each of the defendants' responses shall be February 28, 2006. This is the third such extension of time in this case.

///

///

///

///

STIPULATION EXTENDING TIME
Case No. C05-03699

20176\878803.1

| | | |
|---|---|---|
| 1 | DATED: February 13, 2006 | DAVID M. GREENBERG, PC |
| 2 | | |
| 3 | | By: /s/ David M. Greenberg |
| 4 | | |
| 5 | | Attorneys for Defendants Aurum Securities Corp. and Atef Eltoukhy |
| 6 | | |
| 7 | DATED: February 13, 2006 | FARELLA BRAUN & MARTEL LLP |
| 8 | | |
| 9 | | By: /s/ James W. Morando |
| 10 | | Attorneys for Defendant Paul Castagna |
| 11 | | |
| 12 | DATED: February 13, 2006 | GOODWIN PROCTER LLP |
| 13 | | |
| 14 | | By: _____ Elizabeth Read |
| 15 | | |
| 16 | | Attorneys for Plaintiffs MFS Fund Distributors, Inc. et al |
| 17 | | IT IS SO ORDERED |

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
2/15/2006
DATE

STIPULATION EXTENDING TIME         - 2 -                    20176\878803.1

DATED: February 13, 2006

DAVID M. GREENBERG, PC

By:____________________________
David M. Greenberg

Attorneys for Defendants
Aurum Securities Corp. and Atef Eltoukhy

DATED: February 13, 2006

FARELLA BRAUN & MARTEL LLP

By: /s/
James W. Morando

Attorneys for Defendant
Paul Castagna

DATED: February 13, 2006

GOODWIN PROCTER LLP

By: Elizabeth Read
Elizabeth Read

Attorneys for Plaintiffs
MFS Fund Distributors, Inc. et al