UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFS Fund Distributors, Inc. et al,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Aurum Securities Corp., Atef El Toukhy, and Paul Castagna,<br><br>　　　　　Defendants. | Case No. C05-03699<br>Granted<br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　　　Pursuant to Civil Local Rule 6-1, plaintiffs MFS Fund Distributors, Inc., et al, and defendants Aurum Securities Corp., Atef Eltoukhy and Paul Castagna (collectively, "Defendants"), by and through their respective counsel, hereby agree to a further two week extension of time for each of the defendants to respond to the complaint. The new due date for each of the defendants' responses shall be March 14, 2006. This is the fourth such extension of time in this case.

///

///

///

///

STIPULATION EXTENDING TIME
Case No. C05-03699

20176\884783.1

| | | |
|---|---|---|
| 1 | DATED: February 24, 2006 | DAVID M. GREENBERG, PC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | David M. Greenberg |
| 5 | | Attorneys for Defendants<br>Aurum Securities Corp. and Atef Eltoukhy |
| 6 | | |
| 7 | DATED: February 24, 2006 | FARELLA BRAUN & MARTEL LLP |
| 8 | | |
| 9 | | By: /s/<br>James W. Morando |
| 10 | | Attorneys for Defendant<br>Paul Castagna |
| 11 | | |
| 12 | DATED: February 24, 2006 | GOODWIN PROCTER LLP |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Elizabeth Read |
| 16 | | Attorneys for Plaintiffs<br>MFS Fund Distributors, Inc. et al |

2/28/2006

**GRANTED**
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA