UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFS Fund Distributors, Inc. et al,<br><br>Plaintiff,<br><br>vs.<br><br>Aurum Securities Corp., Atef El Toukhy, and Paul Castagna,<br><br>Defendants. | Case No. C05-03699<br>Order granting<br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1, plaintiffs MFS Fund Distributors, Inc., et al, and defendants Aurum Securities Corp., Atef Eltoukhy and Paul Castagna (collectively, "Defendants"), by and through their respective counsel, hereby agree to a further two week extension of time for each of the defendants to respond to the complaint. The new due date for each of the defendants' responses shall be March 28, 2006. This is the fifth such extension of time in this case.

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED: March 14, 2006 | DAVID M. GREENBERG, PC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | David M. Greenberg |
| 5 | | Attorneys for Defendants<br>Aurum Securities Corp. and Atef Eltoukhy |
| 6 | | |
| 7 | DATED: March 14, 2006 | FARELLA BRAUN & MARTEL LLP |
| 8 | | |
| 9 | | By: _____/s/_____<br>James W. Morando |
| 10 | | Attorneys for Defendant<br>Paul Castagna |
| 11 | | |
| 12 | DATED: March 14, 2006 | GOODWIN PROCTER LLP |
| 13 | | |
| 14 | | By: _____<br>Elizabeth Read |
| 15 | | |
| 16 | | Attorneys for Plaintiffs<br>MFS Fund Distributors, Inc. et al |

3/16/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME
Case No. C05-03699

- 2 -

20176\899597.1