```
 1  GOODWIN PROCTER LLP
    Elizabeth L. Read (CSB #86718)
 2  Exchange Place
    Boston, MA 02109-2881
 3  617.570.1000
    617.523.1231
 4
```

**Counsel of Record for All Plaintiffs**
MFS Fund Distributors, Inc., MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research Fund, Massachusetts Investors Trust, Massachusetts Investors Growth Stock Fund, and Massachusetts Financial Services Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFS FUND DISTRIBUTORS, INC., MFS SERIES TRUST II, on behalf of its series MFS EMERGING GROWTH FUND, MFS SERIES TRUST V, on behalf of its series MFS RESEARCH FUND, MASSACHUSETTS INVESTORS TRUST, MASSACHUSETTS INVESTORS GROWTH STOCK FUND, AND MASSACHUSETTS FINANCIAL SERVICES COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>AURUM SECURITIES CORP., ATEF EL TOUKHY, and PAUL CASTAGNA<br><br>Defendants. | Case No. CO5 03699<br>ORDER GRANTING:<br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs MFS Fund Distributors, Inc., MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research Fund, Massachusetts Investors Trust, Massachusetts Investors Growth Stock Fund, and Massachusetts Financial Services Company (collectively, "MFS") and

1

Defendants Aurum Securities Corp., Atef El Toukhy, and Paul Castagna (collectively, "Aurum") hereby stipulate and agree that the Complaint and this entire action be dismissed without prejudice. Each party agrees that the party will bear its or his own costs and attorneys' fees in connection with this matter.

**IT IS SO STIPULATED.**

Dated: March 30, 2006                    By:      /s/ Elizabeth L. Read
                                                  GOODWIN PROCTER LLP
                                                  Elizabeth L. Read (CSB # 87618)
                                                  Exchange Place
                                                  53 State Street
                                                  Boston, MA  02109
                                                  (617) 570-1000
                                                  (617) 570-1231 (fax)

                                                  **Counsel of Record for All Plaintiffs**
                                                  MFS Fund Distributors, Inc., MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of it series MFS Research Fund, Massachusetts Investors Trust, Massachusetts Investors Growth Stock Fund, and Massachusetts Financial Services Company


                                                  William F. Sheehan
                                                  Michael K. Isenman
                                                  Tamra T. Moore
                                                  Goodwin | Procter LLP
                                                  901 New York Avenue, N.W.
                                                  Washington, DC  20001
                                                  (202) 346-4000
                                                  (202) 346-4444 (fax)

                                                  **Of Counsel For All Plaintiffs**

2
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
LIBW/1543900.1

|   |   |
|---|---|
|   | John Donovan<br>Jane Willis<br>Carisa Klemeyer<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7603<br>(617) 951-7050 (fax)<br><br>**Of Counsel For Plaintiffs**<br>MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research Fund, Massachusetts Investors Trust, and Massachusetts Investors Growth Stock Fund |

Dated: March 30, 2006                By:     /s/ David M. Greenberg
                                                David M. Greenberg
                                                60 E. Sir Francis Drake Blvd., Ste. 206
                                                Larkspur, CA 94939
                                                (415) 925-8870
                                                (415) 925-8875 (fax)

**Counsel for Defendants**
Aurum Securities Corp. and Atef El Toukhy

Dated: March 30, 2006                By:     /s/ James W. Morando
                                                James W. Morando
                                                Farella Braun & Martel LLP
                                                235 Montgomery Street
                                                San Francisco, CA 94104
                                                (415) 954-4000
                                                (415) 954-4480 (fax)

**Counsel for Defendant**
Paul Castagna

**IT IS SO ORDERED.**

Dated: 4/4/2006                          _/s/ Martin J. Jenkins_____
                                                The Honorable Martin J. Jenkins

3

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
LIBW/1543900.1